**Form 228**[Notice of Filing Proof of Claim]

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:

    Jaime Garcia Aguas
            Debtor(s).

Case No. 21−23178 KRA
Chapter 13

## NOTICE OF FILING PROOF OF CLAIM

Pursuant to Fed. R. Bankr. P. 3004, the Trustee/Debtor(s) has filed a claim on your behalf as follows:

    Clerk's Notice of Filing Proof of Claim Pursuant to Federal Rule Bankruptcy Procedure 3004. Name of Creditor: Affordable Tittle Loans; Amount of Claim: 10000.00 (tdg)

Dated: December 13, 2021

                                  David A. Sime
                                  Clerk of Court